**SNR DENTON US LLP**
M. Todd Welty
Texas Bar No. 00788642
*todd.welty@snrdenton.com*
*Admitted pro hac vice*
Laura L. Gavioli
Texas Bar No. 24055538
*laura.gavioli@snrdenton.com*
*Admitted pro hac vice*
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
Facsimile (214) 259-0910
Telephone (214) 259-0900

Joshua S. Akbar
AZ State Bar No. 025339
*joshua.akbar@snrdenton..com*
2398 E. Camelback Road
Suite 1100
Phoenix, AZ 85016-9016
Tel.: 602.508.3900
Fax: 602.508.3914

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| BENNETT AND JACQUELYNN DORRANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. CV-09-1284-PHX-ROS<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY REQUESTS AND RESPONSES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on November 11, 2010, Plaintiffs, by and through undersigned counsel, served their Second Set of Requests For Production on Defendant the United States of America.

In addition, pursuant to Local Civil Rule 5.2, Plaintiffs hereby notify the Court of their previous written discovery requests and responses in this matter as follows:

On February 3, 2010, Plaintiffs served their Objections and Responses to Defendant's First Set of Interrogatories upon Defendant; and

1  On May 26, 2010, Plaintiffs served their Objections and Responses to Defendant's First
2  Requests for Production, their First Requests for Production, and their First Set of Interrogatories
3  upon Defendant.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 11, 2010 | SNR DENTON US LLP |
|  |  |
|  | By:  /s/ Laura L. Gavioli |
|  | M. Todd Welty |
|  | Texas State Bar No. 00788642 |
|  | (*pro hac vice*) |
|  | *todd.welty@snrdenton.com* |
|  | Laura L. Gavioli |
|  | Texas State Bar No. 24055538 |
|  | (*pro hac vice*) |
|  | *laura.gavioli@snrdenton.com* |
|  | 2000 McKinney Ave., Suite 1900 |
|  | Dallas, Texas 75201-1858 |
|  | Telephone:  (214) 259-0900 |
|  | Facsimile:  (214) 259-0910 |
|  |  |
|  | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2010, I filed the foregoing pleading via the Court's CM/ECF system, which will send electronic notice of filing to all counsel of record.

/s/ Laura L. Gavioli
Laura L. Gavioli

14918264